[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-11232
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 17, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-00001-CR-7-HL

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN PETTIFORD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(September 17, 2008)

Before ANDERSON, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Elizabeth R. Francisco, appointed counsel for John Pettiford, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Pettiford's conviction and sentence are **AFFIRMED**.